## Kunkle, Appellant, v. Ford City Borough.

Submitted October 9, 1931. Before FRAZER, C. J., WALLING, SIMPSON, KEPHART, SCHAFFER, MAXEY and DREW, JJ.

420

*E. O. Golden,* for appellant.

*C. O. Morris* and *H. A. Heilman,* for appellee.

PER CURIAM, November 23, 1931:

The lower court clearly reached the proper determination of this case and its action in refusing to take off the nonsuit is affirmed on the opinion of the learned trial judge.

Judgment affirmed.